```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

CAL L. SHEETS                                          Plaintiff

v.                       5:11CV00011 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                               Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 16TH Day of March, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE