# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CAL L. SHEETS                                                                                       Plaintiff

v.                                                  5:11CV00011 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                               Defendant

## ORDER

Plaintiff has moved for an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #18), requesting fees in the amount of $3,086.44. The Commissioner has responded (docket entry #19) and states no objection to the requested award.

IT IS THEREFORE ORDERED that Plaintiff's motion (docket entry #18) is GRANTED, and Plaintiff is hereby awarded $3,086.44 in fees.

IT IS SO ORDERED THIS 23RD DAY OF MAY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE